**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

ERIC WILMER GIBSON,

    Plaintiff,

v.                                    Case No.:  3:14cv641/MCR/EMT

ERIC HOLDER, et al.,

    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated August 3, 2015.  (Doc. 31).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Plaintiff's federal claims are **DISMISSED with prejudice** for failure to state a claim on which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    3.    Plaintiff's state law claims are **DISMISSED without prejudice**.

    4.    The clerk is directed to enter judgment accordingly and close the file.

    **DONE AND ORDERED** this 23rd day of September 2015.

                              *s/ M. Casey Rodgers*
                              **M. CASEY RODGERS
                              CHIEF UNITED STATES DISTRICT JUDGE**